UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSI JIMENEZ BATISTA,

                Plaintiff,

  -against-

NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,

                Defendant.

25-CV-4992 (ALC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Initial Case Management Conference scheduled for September 9, 2025 and associated deadlines are adjourned sine die.

DATED:    August 21, 2025
                  New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge