

**MEMO ENDORSED**

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

August 25, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/26/2025

<u>Via ECF</u>
Hon. Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: <u>Susi Jimenez Batista v. New York Commercial Driving School Corp.</u>
     <u>Docket No. 25-cv-04992-ALC-RFT</u>

Dear Judge Carter:

  This firm represents Plaintiff Susi Jimenez Batista in this matter against Defendant New York Commercial Driving School Corp. for alleged violations of the Fair Labor Standards Act, New York Labor Law and New York common law. In its Answer, Defendant asserts several counterclaims against Plaintiff under New York common law. Plaintiff's deadline to file an Answer or otherwise respond to Defendant's counterclaims is August 27, 2025. Plaintiff writes, with Defendant's consent, to request a nine-day extension of time for Plaintiff to file her Answer or otherwise respond to Defendant's counterclaims from August 27, 2025 until September 5, 2025. Plaintiff requests this relief due to counsel's unusually busy litigation schedule, including motion practice involving multiple substantive motions in overlapping time frames. This is Plaintiff's first request for the relief sought herein. If granted, this extension will not impact any other deadlines in this matter.

  Plaintiff thanks the Court for its time and attention to this matter.

             Respectfully submitted,

             /S/ David D. Barnhorn, Esq.
             DAVID D. BARNHORN, ESQ.

C: All Counsel of Record

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
August 26, 2025
New York, NY

490 Wheeler Road, Suite 277, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com