UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSI JIMENEZ BATISTA,<br><br>       **Plaintiff,**<br><br>    -against-<br><br>NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,<br><br>       **Defendant.** | **1:25-cv-04992 (ALC) (RFT)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On September 5, 2025, Plaintiff filed a letter with this Court requesting a pre-motion conference on a proposed motion to dismiss Defendant's counterclaims. ECF No. 13. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Defendant is **ORDERED** to respond to Plaintiff's letter motion by **September 18, 2025**, indicating its position.

**SO ORDERED.**

Dated: September 15, 2025
     New York, New York

                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**