USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/22/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **SUSI JIMENEZ BATISTA,**<br><br>         **Plaintiff,**<br><br>      **-against-**<br><br>**NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,**<br><br>         **Defendant.** | **1:25-cv-04992 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On January 21, 2026, Plaintiff filed a letter motion with this Court renewing its request for a pre-motion conference on a proposed motion to dismiss Defendant's counterclaims. ECF No. 26. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position.  Accordingly, Defendant is **ORDERED** to respond to Plaintiff's letter motion by **January 27, 2026,** indicating its position.

**SO ORDERED.**

**Dated:**    **January 22, 2026**
          **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**