USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/6/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SUSI JIMENEZ BATISTA,<br><br>         **Plaintiff,**<br><br>    **-against-**<br><br>NEW YORK COMMERCIAL DRIVING<br>SCHOOL CORP.,<br><br>         **Defendant.** | **1:25-cv-04992 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On February 5, 2026, this Court scheduled a pre-motion conferenced regarding Plaintiff's anticipated motion to dismiss Defendant's counterclaims. *See* ECF No. 28. On February 6, 2026, Defendant filed a letter advising the Court of its intent to withdraw its counterclaims. *See* ECF No. 29. In the interest of justice and judicial efficiency, the Court **denies** Plaintiff's request for leave to file a motion to dismiss Defendant's counterclaims without prejudice and **cancels** the pre-motion conference previously scheduled for **February 13, 2026.**

Further, the parties are directed to submit a joint status report with the Court by **February 20, 2026**, updating the Court on the status of Defendant's counterclaims.

**SO ORDERED.**

Dated:    **February 6, 2026**
          **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**