UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSI JIMENEZ BATISTA,<br><br>                    Plaintiff,<br><br>        -against-<br><br>NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,<br><br>                    Defendant. | 25-CV-4992 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 16, 2026, I ordered the parties to submit their proposed case management plan to the court by February 13, 2026. (*See* ECF 25.) On February 13, 2026, the parties filed an unsigned and undated copy of a proposed case management plan to the Court. (*See* ECF 31.) On February 17, 2026, I ordered the parties to file a signed and dated copy of their proposed case management plan by February 18, 2026. (*See* ECF 32). The parties have not complied.

Accordingly, I am sua sponte extending the deadline for the parties to submit their proposed case management plan nunc pro tunc until **February 20, 2026**.

The parties are also reminded to submit a joint status report updating the Court on the status of Defendant's counterclaims by **February 20, 2026** (*See* ECF 30).

Dated: February 19, 2026                    SO ORDERED,
       New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**