UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSI JIMENEZ BATISTA,

                Plaintiff,

     -against-

NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,

                Defendant.

25-CV-4992 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Counsel for Plaintiff has indicated that he has been unable to reach Plaintiff since March 29, 2026, when she left to travel, presumably in her country of origin. Accordingly, discovery in this matter is STAYED. Plaintiff's counsel has until June 16, 2026 to file a letter with the Court indicating whether he has been able to reach his client. If he is unable to reach her by that date, I expect to recommend that Judge Carter dismiss this case without prejudice for failure to prosecute.

Dated:   April 20, 2026
         New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**