UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSI JIMENEZ BATISTA,

Plaintiff,

-against-

NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,

Defendant.

25-CV-4992 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A video settlement conference was scheduled for August 11, 2026 at 2pm. Plaintiff, her counsel, and a translator appeared, as did Defendants' counsel, but Defendants did not appear. Counsel for Defendants is ordered to provide an update on Defendants' status by **August 18, 2026**.

Dated: August 11, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**