UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSI JIMENEZ BATISTA,

Plaintiff,

-against-

NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,

Defendant.

25-CV-4992 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 11, 2026, having failed to appear for the scheduled video settlement conference, I ordered Defendant's counsel to provide an update on Defendant's status by August 18, 2026. (*See* ECF 56.) Defendant's counsel has not complied. Accordingly, I am nunc pro tunc extending the deadline for Defendant's counsel to provide the Court with an update on Defendant's status until **August 20, 2026**.

Dated: August 19, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**