UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSI JIMENEZ BATISTA,

Plaintiff,

-against-

NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,

Defendant.

25-CV-4992 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 3, 2026, the Court entered an Order stating that if replacement counsel for Defendant did not enter an appearance on the docket by September 30, 2026, I expected to instruct Plaintiff to begin the process of seeking a default judgment against Defendant. (ECF 66.) I am nunc pro tunc extending the deadline for replacement counsel for Defendant to enter an appearance on the docket until **November 2, 2026**. A copy of this Order and the September 3, 2026 Order shall be mailed to Defendant.

Dated: October 2, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**