UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSI JIMENEZ BATISTA,

Plaintiff,

-against-

NEW YORK COMMERCIAL DRIVING SCHOOL CORP.,

Defendant.

25-CV-4992 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall, but **November 17, 2026**, submit a proposed amended case management plan that provides for all discovery to be complete by **March 19, 2027**.

The Clerk of Court is respectfully requested to lift the stay on this case.

Dated: November 13, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**